PS 42
(Rev 07/93)

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**

MAR - 8 2012

## United States District Court

Eastern District of Arkansas

~~IN OPEN COURT~~
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

United States of America           )
                                   )
            vs                     )
                                   )
Rebecca Spray                      )     Case No. 4:12CR00041-003

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Rebecca Spray, have discussed with, Pretrial Services/Probation Officer, modification of my release as follows:

Undergo mental health evaluation and comply with counseling as directed by the counseling agency and the U.S. Probation Office.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-28-12   _____  2-28-12
Signature of Defendant      Date     Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  3-5-12
Signature of Defense Counsel    Date

[✓]  The above modification of conditions of release is ordered, to be effective on 2-28-12

[ ]  The above modification of conditions of release is _not_ ordered.

_____  3-8-12
Signature of Judicial Officer   Date