**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:12CR00041-03 JLH | |
| REBECCA LUCILLE SPRAY | | DEFENDANT |

**ORDER**

Pending before the Court is the defendant's motion for continuance of the supervised release revocation hearing currently set for Tuesday, June 28, 2016. Without objection, the motion is GRANTED. Document #410.

The hearing on the pending motion to revoke supervised release is hereby rescheduled for **TUESDAY, JULY 12, 2016, at 10:15 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 24th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE